CRAIG E. FARMER, ESQ. (SBN 61086)
**FARMER SMITH & LANE, LLP**
3620 American River Drive, Suite 218
Sacramento, California 95864
Telephone: (916) 679-6565
Fax: (916) 679-6575

Attorneys for Petitioners

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RELIEF, SOUTHERN CALIFORNIA RELIEF, AND STATEWIDE ASSOCIATION OF COMMUNITY COLLEGES,<br><br>Petitioners,<br><br>vs.<br><br>INSURANCE COMPANY OF THE WEST,<br><br>Co-Petitioner. | No. C 08-00942 JSW<br><br>**RESPONSE TO ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

### I.
### INTRODUCTION

On February 14, 2008 and after the party arbitrators were unable to agree upon a third, or neutral arbitrator, within thirty days, Petitioners filed a Petition for Naming of Neutral Arbitrator. The instant Petition was filed in the United States District Court for the Northern District of California because the terms of the agreement between Petitioners and INSURANCE COMPANY OF THE WEST require that:

> "If the two arbitrators are unable to agree upon the third arbitrator within thirty (30) days of their appointment, the third arbitrator shall be selected from a list of six individuals (three named by each arbitrator) by (a) judge of the federal district court having jurisdiction over the geographical area

- 1 -

in which the arbitration is to take place, <u>or (b) if the federal court declines to act</u>, the state court having a general jurisdiction in such area."

Thus Petitioners were required to first file the petition in "the federal district court having jurisdiction over the geographical area in which the arbitration is to take place." The offices for Petitioner NORTHERN CALIFORNIA RELIEF are in Oakland California, and therefore the Arbitration should be within the geographical area over which in the United States District Court for the Northern District of California has jurisdiction.

## JURISDICTION

In correspondence to the Court dated February 20, 2008 (attached as Exhibit A) Petitioners through their attorneys of record, explained the requirements of the agreement, in particular why Petitioners sought the nomination of a neutral for their arbitration in the Federal court. Although not specifically stated, the correspondence also sought a less formal and abbreviated response from the court, thus utilizing the court's time more efficiently and effectively.

## CONCLUSION

Petitioners were required by the arbitration clause of their agreements with INSURANCE COMPANY OF THE WEST to first file its Petition for the Naming of a Neutral Arbitrator in the United States District Court for the Northern District of California before Petitioner could seek relief in state court i.e., The Superior Court for the County of Alameda.

Enclosed in a Proposed Order (Exhibit B) for the courts signature, declining to act based on lack of subject matter jurisdiction. The Proposed Order provides proof of Petitioners' compliance with section (a) the arbitration clause of the agreements between Petitioners and INSURANCE COMPANY OF THE WEST such that (b) can take affect.

Dated: March 7, 2008               FARMER SMITH & LANE, LLP

                                   By _____
                                   Craig E. Farmer
                                   Attorney for Petitioners

- 2 -

RESPONSE TO ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION

15917

# EXHIBIT A

# Farmer Smith & Lane LLP

**David M. Trent**
dtrent@farmersmithlaw.com
(916) 679-6565 x 210
(916) 679-1238 Direct

February 20, 2008

Honorable Jeffrey S. White
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Northern California ReLiEF, et al. v. Insurance Company of the West*
United States District Court Northern District of California Case No. C08-00942

Dear Judge White:

This is a dispute between a reinsurance company, Insurance Company of the West ("ICW") and its reinsureds, Northern Caliifornia ReLiEF, Southern California ReLiEF, and Statewide Association of Community Colleges. The reinsurance agreement is by contracts called certificates. Those certificates have a mandatory arbitration clause. That arbitration clause dictates that the parties, if in a dispute, are to name a party arbitrator each and that those party arbitrators are to then nominate the third, "neutral" arbitrator. In the event that the party arbitrators are unable to agree on that neutral arbitrator, after 30 days, a party is directed by the certificates to seek, by petition, the nomination of the neutral arbitrator in the Federal Court. Then, if the Federal Court does not act to seek the nomination in the State Court.

It has been more than 30 days sand the party nominees have been unable to agree on a neutral. Thus, we filed the instant petition for naming of a neutral arbitrator in the Federal Court. Please advise whether the Court will act or will not act based on for instance; no jurisdiction.

I was told by my secretary that we paid the normal $350 filing fee for a civil litigation case. I am also informed that the normal filing fee for this sort of request to the Federal Court is supposed to be $39. Please direct us to the proper forms or to the proper party to request reimbursement of the difference.

Thank you.

Very truly yours,

FARMER SMITH & LANE, LLP

David M. Trent

DMT:cap

cc: Arthur J. Chapman, Esq.
Frank Justiliano (via facsimile only 415-522-3605)

15744

**EXHIBIT B**

CRAIG E. FARMER (SBN 61086)
**FARMER SMITH & LANE, LLP**
3620 American River Drive, Suite 218
Sacramento, California 95864
Telephone: (916) 679-6565   Fax: (916) 679-6575

Attorneys for Petitioners,
NORTHERN CALIFORNIA RELIEF,
SOUTHERN CALIFORNIA RELIEF, AND
STATEWIDE ASSOCIATION OF
COMMUNITY COLLEGES.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RELIEF, SOUTHERN CALIFORNIA RELIEF, AND STATEWIDE ASSOCIATION OF COMMUNITY COLLEGES.<br><br>Petitioner<br><br>vs.<br><br>INSURANCE COMPANY OF THE WEST,<br><br>Co-Petitioner | No. C 08-00942 JSW<br><br>**PROPOSED ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having considered the Petition for the Naming of a Neutral Arbitrator, and Petitioner's Response to the Court's Order to Show Cause regarding Subject Matter Jurisdiction, and all materials on file, rules as follows:

The Court declines to act based on lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
JEFFEREY S. WHITE
UNITED STATES DISTRICT JUDGE

DTRENT 15918v1

PROPOSED ORDER

# CERTIFICATE OF SERVICE

I, Lori Martin, declare as follows:

I am employed in the County of Sacramento, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3620 American River Drive, Suite 218, Sacramento, in said County and State. On March 10, 2008, I served the within:

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION**

by placing a true copy thereof in an envelope and addressed to each of the persons named below at the address shown:

| **Attorneys for Co-Petitioner**<br>Arthur J. Chapman<br>Chapman, Glucksman & Dean<br>11900 West Olympic Blvd., Suite 800<br>Los Angeles, CA  90064<br>Fax  310-207-6550 | |
|---|---|

[X] **BY MAIL:** I placed a true copy in a sealed envelope as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

[ ] **BY FACSIMILE:** From facsimile machine telephone number 916/679-6575, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

[ ] **BY OVERNIGHT DELIVERY:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Farmer Smith & Lane, LLP, that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed by me on March 10, 2008, at Sacramento, California.

*/s/ Lori Martin*
--------------------------------
Lori Martin