IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RELIEF, et al.

    Petitioners,

  v.

INSURANCE COMPANY OF THE WEST,

    Co-Petitioners.

No. C 08-00942 JSW

**ORDER RE CORRESPONDENCE ON FILING FEE**

The Court is in receipt of Petitioners letter regarding the proper filing fee in this matter. Although petitioners state in the caption that Insurance Company of the West is a "co-petitioner," the Petition does not make clear that Insurance Company of the West joined in the request put before the Court. Because it is not clear that this matter was uncontested, it is not clear that this matter should have been assigned a miscellaneous docket number. Accordingly, Petitioners' request for a reimbursement of the filing fee is denied at this time.

**IT IS SO ORDERED.**

Dated: March 10, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE