IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RELIEF, et al.

    Petitioners,

    v.

INSURANCE COMPANY OF THE WEST,

    Co-Petitioners.

No. C 08-00942 JSW

**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On February 14, 2008, Petitioners filed a Petition for Naming of Neutral Arbitrator. The Petition was filed pursuant to an arbitration agreement between Petitioners and Insurance Company of the West and a provision in that agreement that pertains to the method by which arbitrators are to be selected. On February 22, 2008, the Court issued an Order to Show Cause to Petitioners to set forth the basis on which the Court had jurisdiction over this dispute, because the Court's jurisdiction was not evident from the face of the petition. The Court has received Petitioners' response, which sets forth no basis for the Court's jurisdiction other than the terms of the arbitration agreement. Accordingly, this matter is dismissed for lack of subject matter jurisdiction, and the Clerk is directed to close the file.

    **IT IS SO ORDERED.**

Dated: March 10, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE